UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA DOE,

           Plaintiff,

– against –

DARREN K. INDYKE AND RICHARD D. KAHN, *as Joint Personal Representatives of The Estate of Jeffery E. Epstein*, NINE EAST 71ST STREET, CORPORATION, FINANCIAL TRUST COMPANY, INC., NES, LLC, HBRK ASSOCIATES, INC,

           Defendants.

**ORDER**

19 Civ. 7773 (ER)

RAMOS, D.J.

Plaintiff is hereby directed to advise the Court whether they object to Defendants' proposed Order on Plaintiff's Anonymity, Doc. 28 Ex. 1, by **November 22, 2019**.

It is SO ORDERED.

Dated: November 19, 2019
      New York, New York

                                        Edgardo Ramos, U.S.D.J.