# EXHIBIT A

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                     Government,         :    19 CR. 490 (RMB)
                                         :
        - against -                      :    **ORDER**
                                         :
JEFFREY EPSTEIN,                         :
                     Defendant.          :
------------------------------------------------------------x

The Clerk is respectfully requested to docket the enclosed documents which were discussed at today's bail hearing.

Dated: New York, New York
       July 15, 2019



RICHARD M. BERMAN
U.S.D.J.

Case 1:19-cr-00490-RMB Document 14 Filed 07/15/19 Page 18 of 18
SEALED DOCUMENT
U.S. v. *Jeffrey Epstein*, 19-cr-490 (RMB)

| | ASSET SUMMARY - JUNE 30, 2019 | | |
|---|---|---|---|
| | **Asset** | | **6/30/19 Value** |
| | Cash | $ | 56,547,773 |
| * | Fixed Income | $ | 14,304,679 |
| * | Equities | $ | 112,679,138 |
| * | Hedge Funds & Private Equity | $ | 194,986,301 |
| ** | Properties | | |
| *** | 9 East 71st Street, New York, NY 10021 | $ | 55,931,000 |
| | 49 Zorro Ranch Road, Stanley New Mexico 87056 | $ | 17,246,208 |
| | 358 El Brillo Way, Palm Beach, FL 33480 | $ | 12,380,209 |
| | 22 Avenue Foch, Paris France 75116 | $ | 8,672,823 |
| | Great St James Island No. 6A USVI 00802 (parcels A,B,C) | $ | 22,498,600 |
| **** | Little St James Island No. 6B USVI 00802 (parcels A,B,C) | $ | 63,874,223 |
| | **Total Assets** | **$** | **559,120,954** |
| | * Values reflect gross numbers that are not net of tax | | |
| | ** All properties are valued at assessed values as per the most recent property tax bills | | |
| | *** Note the United States Attorney's office for the Southern District of New York has stated that the value of this home is $77,000,000 as compared to the market value shown above per the June 1, 2019 property tax bill | | |
| | **** Note this property is valued at cost basis, however the assessment on the most recent tax bill is $4,857,500 | | |