Troutman Sanders LLP
875 Third Avenue
New York, New York 10022

troutman.com



**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2020
```

February 20, 2020

**ECF**

Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> The revised briefing schedule is approved.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 2/21/2020
> New York, New York

**Re:** *Lisa Doe v. Darren K. Indyke and Richard D. Kahn as Joint Personal Representatives of The Estate of Jeffrey E. Epstein, et al.*, **1:19-cv-07773-ER-DCF**

Dear Judge Ramos:

We represent Defendants in the referenced action. We write on behalf of all parties to respectfully request the Court's approval of the parties' agreement to extend each deadline in the briefing schedule for Defendants' Motion to Dismiss Plaintiff's First Amended Complaint by one business day, as follows:

- Defendants to file their moving brief by February 24, 2020;
- Plaintiff to file her opposition brief by March 30, 2020;
- Defendants to file their reply brief by April 13, 2020.

Respectfully submitted,

s/Bennet J. Moskowitz
Bennet J. Moskowitz