UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA DOE,

                Plaintiff,

    v.                                  **ORDER**

DARREN K. INDYKE AND RICHARD D. KAHN AS      19 Civ. 7773 (ER)
JOINT PERSONAL REPRESENTATIVES OF THE
ESTATE OF JEFFREY E. EPSTEIN, FINANCIAL
TRUST COMPANY, INC., NES, LLC, HBRK
ASSOCIATES, INC.,

                Defendants.

RAMOS, D.J.

      On August 20, 2019, Lisa Doe brought this action against Darren K. Indyke and Richard D. Kahn as joint personal representatives of the Estate of Jeffrey E. Epstein, Nine East 71st Street, Co., Financial Trust Co., Inc., and HBRK Associates, Inc. for battery and related claims. Doc. 1. On January 10, 2020, Plaintiff amended the complaint, removing Nine East 71st Street, Corp. as a defendant. On June 15, 2020, the Court stayed this case pending resolution through the Epstein Victims' Compensation Program. Doc. 68. On January 4, 2021, the parties, having resolved their claims via the Program, filed a stipulation dismissing the case with prejudice. Doc. 76. On January 5, the Court dismissed the case with prejudice. Doc. 77. The Clerk is therefore directed to terminate Nine East 71st Street, Corp. as a defendant and close the case.

      It is SO ORDERED.

Dated: January 5, 2021
       New York, New York

                                                Edgardo Ramos, U.S.D.J.